UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| JEREMIAH POOLE,<br><br>                              Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>                              Defendant. | Case No.  2:20-cv-00084<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(ii)**

Pursuant to 41(a)(1)(A)(ii), the parties have settled the above-captioned matter and request that an Order be entered in dismissing the case with prejudice and without costs to either party.

Respectfully submitted,

/s/:  Nicholas D. Thompson
Nicholas D. Thompson
**THE MOODY LAW FIRM**
500 Crawford St., #200
Portsmouth, VA 23704
Phone: (757) 399-8906
nthompson@moodyrrlaw.com

**ATTORNEY FOR PLAINTIFF**